

FILED

SEP 20 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**BY AND FOR THE NORTHERN DISTRICT OF OKLAHOMA**
**CIVIL DIVISION**

**MICHELE D. BURKE,**
PLAINTIFF,

v.

1. **THE CITY OF TULSA, et. al**
a Municipal Corporation,

2 ~~a~~. **G.T. BYNUM,**
Mayor of City of Tulsa,

3 ~~b~~. **MARK SWINNEY,**
City of Tulsa Attorney,

4 ~~c~~. **GERALD BENDER,**
City of Tulsa Attorney

5 ~~d~~. **ALL CITY OF TULSA ATTORNEYS,**
Municipal Corporation,

6 ~~e~~. **PAUL ZACHARY**
**Director of Engineering,**

7 ~~f~~. **BROOKE CAVINESS**
**COT Engineering,**

8 ~~g~~. **ANGELIA FOLKS,**
**COT Employee,**

9 ~~h~~. **MICHELLE LESTER,**
**COT Employee,**

10 ~~2~~. **TULSA COUNTY DISTRICT COURT,**
**Municipal Corporation,**

11. ~~a~~. **JUDGE CAROLINE WALL,**
**Tulsa Co. Judge,**

12. ~~b~~. **JUDGE WILLIAM HIDDLE,**

**Case No.:** 21 CV - 404 CVE · JFJ

**Jury Trial: Yes**

***GRAND JURY REQUESTED***

**Request to consolidate the following cases:**

**Tulsa District Court #'s & OK Appeals #'s**

**CJ-2016-1461**
**CJ-2017-2403**
**PO-2019-2295**
**DF-118845**
**DF-118431**
**DF-118430**
**PO-2019-2232**
**PO-2019-2296**
**CJ-2019-2313 - For investigation into deprivation of rights and crimes by this city, County and state officials their family, friends and allies and nothing is done to the lawless usurpers.**

**Tulsa Co. Judge,**

**13. JUDGE DAMAN CANTRALL,**
**Tulsa Co. Judge,**

**14. WILLIAM D. LaFORTUNE,**
**Tulsa County Presiding Judge,**

**15. VICKY COX,**
**Tulsa County District Court,**

**16 STEPHEN CLARK**
**Tulsa Co. Judge,**

**17 J. PETER MESSLER**
**Retired Tulsa Co. Judge,**

**18 TULSA COUNTY DISTRICT ATTORNEY'S OFFICE**

**19 STEVE KUNZWEILER,**
**Tulsa County District Attorney,**

**20 CINDY CUNNINGHAM,**
**Tulsa County District Attorney,**

**21 TULSA POLICE DEPARTMENT,**

**22 CHUCK JORDAN,**
**Retired police chief,**

**23 JESSE GRAHAM,**
**Police officer,**

**24 OKLAHOMA SUPREME COURT**

**25 TREVOR PEMBERTON,**
**Judge Oklahoma State Supreme Court,**

**26 ALL JUDGES WHO REVIEWED APPEALS,**

**27 STATE OF OKLAHOMA, et. al,**

**28 GOVERNOR KEVIN STITT,**

**Governor State of Oklahoma,**

29 **7. OKLAHOMA STATE EMPLOYMENT SECURITY COMMISSION,**
**Municipal Corp.,**

30 **8. GEORGE KAISER ALL CORPS, LLC ETC, et. al,**
**Resident of Tulsa County,**

31 **9. GATHERING PLACE PRIVATE PARK- ALL MAJOR DONORS, et. al,**
**Oklahoma Corp.,**

32 **10. BARROW & GRIMM, All attorneys, et. al,**
**Oklahoma LLP/LLC,**

33 **11. JIM LINGER ESQ.,**
**Oklahoma Corp.,LLP,**

34 **12 . K. ELLIS RITCHIE ESQ.,**
**Oklahoma Corp., LLP,**

35 **13. NICK ATWOOD ESQ.,**
**Oklahoma Corp., LLP,**

36 **14. EIDE BAILLY CPA FIRM,**
**Oklahoma Corp., LLP**

37 **15. THOMAS RITCHIE CPA,**
**Oklahoma Corp., LLP**

38 **16. BRANDON RITCHIE, Boyfriend of embezzler from ECO INC.,**
**Resident of Oklahoma**

39 **17. MELISSA DEHIL/HUGHES, office manager/embezzler from ECO INC.,**
**Resident of Oklahoma**

40 **18. TFT, LLC all owners/officers et. al,**
41 **Donald Justin Hoose, Sr.**
42 **Donald Justin Hoose, Jr.**
43 **Karla Hoose**
**Oklahoma LLC,**

44 **19. DJH, LLC all owners/officers et. al,**
**Oklahoma LLC,**

45 **20. ECO INC. dba ECO-2007 LLC all owners and officers et. al,**
46 **John Ayers. Resident Tulsa Co.**

**Oklahoma Inc. & LLC,**

47 **21. RDJECO LLC, et. al,**
**Oklahoma LLC,**

48 **22. ARVEST BANK, et. al,**
49 **Kurt Kazanowski, Eco banker Oklahoma Resident**
**Oklahoma Corp.,**

50 **23. DAN & JULIE ANDERSON,**
**Tulsa county residents,**

51 **24. MAPLE RIDGE RESIDENTS INVOLVED IN CORRUPTION,**
**Tulsa county residents,**

52 **25. TROY ROYCE & JOEL McCUNE,**
53 **Residents of Texas, Arkansas and/or Oregon**

54 **26. OKLAHOMA CORP OF ENGINEERS,**
Oklahoma Corp.,

55 **27. NORTHWEST ARKANSAS HOSPITAL,**
**Arkansas Corp.,**

56 **28. TRAVELERS INSURANCE,**
**Oklahoma Corp.,**

57 **29. FABER AND BRAND,**
**Missouri Corp.,**

58 **30. ALL INDIVIDUALS AND CORPS. INVOLVED IN THE CORRUPTION**
**USA**

**DEFENDANTS.**

## COMPLAINT FOR VIOLATION/ OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983. IN ADDITION - CORRUPTION, OBSTRUCTION OF JUSTICE, CONTINUED MISCARRIAGE OF JUSTICE, CRIMINAL FRAUD, CRIMINAL SABOTAGE, MALFEASANCE, ABUSE OF POWER/SYSTEM, BAD FAITH, STATUS QUO WARRANTO, RACKATEERING/RICO, EXTORTION, FORCED SALE, DOMESTIC TERRORISM/ATTEMPTED MURDER, GRAND LARCENY, ANTI-SLAP VIOLATIONS, TREASON/TYRANNY, PERMANENT INJUNCTION, WRONGFUL TERMINATIONS/WHISTLEBLOWER ACT, HIGH CRIMES AND MISDEAMEANORS

**NOTICE**
Except as noted, Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution.

A. Are you bringing suit against:
___ Federal officials *(Bivens claim)* __X__ State or local officials *(a § 1983 claim)*

B. *Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution..." 42 U.S.C. § 1983.*

What constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**Plaintiff has been deprived her I, IV, V, VI, IX and XIV amendment rights during the many crimes against her, her livelihood and her private property after the intentional/egregious gross negligent damage to her home by negligent removal of retaining wall next to her home during removal of home next door to plaintiffs property for a supposed storm drain pipe for an unnecessary private park a Gathering Place. Plaintiffs home was never in the plans and after damage City breached agreement to fix, offered pennies on the dollar to buy home as a "cost effectiveness" twenty times more than fixing the damage (misappropriation of tax payer funds) to which plaintiff refused and stated she wanted her historical home fixed. City then condemned plaintiffs home on fraudulent claims, no legal notice/service to plaintiff, total void of Oklahoma Bill of Rights, no bona fide negotiations, no public need use, collusion with non-citizen attorneys, non-citizen billionaires, non-citizen neighbors, illegitimate service in Tulsa World one time (law states 3 consecutive weeks) when plaintiff was out of state and had attorney Jim Linger they should have been contacted and a fraudulent quick case eminent domain setup to have her home torn down before court for damages that had been filed for over a year and a half with no court date set though constantly asking for one.**

**All attorneys and Judges listed have knowingly and willingly obstructed justice and disregarded laws, treaties and State and Federal Constitution either during the many crimes perpetuated against plaintiff currently or Judges Messler and Clark (plaintiffs divorce attorney) who deemed it appropriate at the time to take everything from the mother except the child (thankfully) but "all assets go to the man and the woman can find another man to take care of her"is the rule of thumb for the illegitimate male non-citizens stealing from the female citizens in this territory since their illegal invasion. In this lawless land of spawns and/or servants of fallen angels, fallen knights and all the self proclaimed intelligent Adams that only want to perpetrate evil.**

**Plaintiff has been denied due diligence, due process, client attorney privilege, equal protections of the law, life, liberty and the pursuit of happiness. All**

**parties involved have many conflicts of interest and no right or jurisdiction to take property from a citizen of this territory especially for a unneeded private park on sacred sovereign soil.**

*A.* Plaintiffs suing under Bivens.... *(not relevant to our suit)*
Not applicable

*B. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.*

Explain how each defendant acted under color of state or local law?
**It is my contention that the City of Tulsa and its agents acted in willful disregard for the damages caused by park plans which did not include my property. Upon my filing a governmental tort claim, the City conspired together with its Director of Engineering to alter the already completed plans to include my home. Under oath Mr. Zachery stated that the city does not need my property and wanted to work with me to get property fixed. I accepted that offer than my attorney at the time K. Ellis Ritchie misrepresented facts about having to go through the eminent domain process but would still get to keep my home. He threw me under the bus on fraud after Judge Wall ruled an inverse condemnation in which a government entity cannot take private property and he requested city attorney Mark Swinney file for vested title. He then told me they found a project now for my homes location (double jeopardy) which was going to be a Mcmansion for someone else and I had 48 hours to get out of my home, Mr. Ritchie would keep my money, city would build the McMansion and I could live on the streets for another year of so until we got a court date. The vileness of the lawless shills illegally practicing law and running an illegitimate government is highly unacceptable. None of these lawless so called high society, non-citizens have any right or jurisdiction to hold titles, deeds, education of our children, taxes, government or protectors of the law.**

## I.STATEMENT OF CLAIM:

State as briefly as possible the facts of your case. Describe how each defendant

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A. Where did the events giving rise to your claim occur?

**2808 S. Cincinnati, Tulsa, Oklahoma 74114 in the County of Tulsa. Water runoff damages occurred as a result of the City tearing down neighboring home and intentionally and negligently tearing out retaining wall next to plaintiffs home. Basement apartment flooded several times resulting in costly repairs and rendering basement apartment unrentable since 05/15.**
**City of Tulsa intentionally damaged plaintiffs' historical home during an unnecessary removal of home next door for an unnecessary supposed storm drain for an unnecessary private park on sacred sovereign indigenous soil by the oil and gas cult that has no jurisdiction here and have done nothing but damage to the tribes and their land. Tribes that are my family and welcomed my family of Royalty, Mayflower and Quakers, only to be deceived at all their locations and forced off for whatever the white washed stiff necks wanted at the time. But the most lawless of the lawless that started with Mayor G.T. Bynum's great grandfather and his first appointed Mayor Ed Chaulkin of the 7th Calvary in Indian Territory, on allotted inheritance, decided to come into Indian Territory at our Trails End and violate treaties for the steel, coal, oil and gas whatever they wanted and setup illegitimate cities and corporation telling the citizens that the feds say they could when the indigenous were just illegally removed from all their lands. They also took illegal guardianship of the indian families. The same families are still illegally running this city in Indian Territory and continue to steal property from citizens that are enslaved and ruled by our invaders to buy back our allotted inheritance. When has this ever worked throughout history? My home was intentionally damaged, City admitted damage and said they would pay, told me to hire an attorney and file a tort, worked for Barrow & Grimm, John Harper Jr. said he would file it and not charge me since City said they would pay, after 90 days he tells me they must have denied my claim and hands me a bill for $10,000. Later that week at a Christmas Party Mr. Harper Jr. fessed up about his bedfellow friends at the city and the things they do, which I did not appreciate hearing about. I had a meeting with partners at the firm regarding Mr. Harper Jr. legal negligence, liability to the firm, racism, sexism and sexual harassment going on at the firm to which I was told if I did not like it, I could pack my things and get out. To which I did, I hired Jim Linger which was another useless attorney illegally practicing in this city, who was an old office mate with Judge Wall.**

A. What date and approximate time did the events giving rise to your claim occur?
**The original date of trespass was May of 2015 and it has been nothing but a three ring circus of lawless attorneys and judges every since.**

B. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
**All named have been involved in some sort of crime against me, my family and the native tribes here. City colluded with billionaires to steal prime location historical sacred sovereign property for pennies on the dollar to non-citizen billionaires. During the last 6 years of crimes against me by the City and all the lawless attorneys my dads company Eco, Inc. which partners with**

**the Hoose's has and cpa advice from Eide Bailly and Tom Ritchie has had over $3.4 million dollars embezzeled by previous office manager Melissa Dehil/Hughes over the past 12 years. Ms. Hughes was placed in that position by the Hoose's with no knowledge to my dad that she had embezzled before. She was writing company checks to the tune of 10k plus to herself, her children and her boyfriend Brandon Ritchie (Karla Hoose told me that Brandon, Tom and K. Ellis Ritchie are all related and a great big catholic family). Ms. Dehil last day at work was the day of my settlement hearing with the City and she walked out that day with exactly what the city offered me to settle. The Tom Ritchie is also related to Brad Heckenkemper, attorney at Barrow and Grimm who was in on the meeting to get out if I did not like the legal negligence, racism or sexual harassment there. The Hoose's, Tom Ritchie and Kurt Kaznowski have been life long friends and all worked in banking together in the 1980's. Mr. Kaznowski personal banker at Arvest for Eco, Inc. never told Ray Tarwater about all the checks Ms. Dehil/Hughes was writing to family, friends and credit card companies with my dad's scanned signature even though my dad was having to take line of credit loans for payroll. In addition, while I recently worked at Eco, Inc. to help my father out and wrote a scathing letter to Eide Bailly for its complete incompetence for never looking at one check although they were sending someone in monthly to do bank recs, breach of fiduciary duties, elder abuse, 1099 abuse, tax misrepresentations and conflicts of interest etc. When I asked Justin Hoose Jr. how all the embezzlement happened when his wife and best friend are CPA's all I got was a hostile racist comment that was very offensive and when I told him it was he stormed out. Partnership accounting, taxation, disbursement and partnership buyout accounting is not GAAP approved. Jon Sullivan, partner at Eco and John Ayers, previous purchasers at Eco admitted to me that they have been trying to kill my dad for 50 years and John Ayers showed up as a printer of one of the embezzlement checks to Melissa Dehil/Hughes. When I asked him about it he stated he knew she was doing it but it wasn't his place to say anything about it.**

**Troy Royce and Joel McCune are listed because my work email at Eco was hacked while I was there and ach forms changed and diverted to customer from my email after my dad let Jon Ayers on my computer against my request not too. Our IT guy said that a RSS subscription was put on my email to divert emails to/from customer that $57,000 was diverted to above name to bank in Texas. Tulsa County DA dropped charges on Melissa Dehil/Hughes and supposedly sent it to the Feds who said it could be a few years before anything is done. Tulsa DA Cindy Cunningham also told us at trial the Trump said that white collars criminals are okay and shouldn't have to do much jail time if any. DA also would not prosecute the email hack recipients because he said it is a civil matter. Retired police chief Chuck Jordan is John Sullivans brother in law and would not do anything about all the crimes by this city, by his police officers that have been at plaintiffs residence several times harassing and handcuffing due to the lies of her**

**neighbors that are also friends with all the attorneys in the city and Judge Hiddle who allowed a fraudulent PO to be put on plaintiff for listening to Christian music on her deck in her backyard and speaking the bible to the thieves and coveters of her property. Plaintiff was in a t-bone car wreck in Ark. In 2017 and K. Ellis Ritchie told me the City was involved but he was not going to do anything about it because they didn't. I informed Judge Wall and she did nothing. In addition, NWA Hospital price gouged and my insurance neglected my wishes of not paying $25,000 for a ct scan that I walked in and was there 30 minutes and walked out. Instead Travelers insurance would not investigate the accident nor would it counter sue for price gouging. Faber Brand picked up suit before it was paid and sued me before statute and Travelers paid them for their negligence. Oklahoma Core of Engineers has stolen thousands of acres of my families land for lakes and never paid them a penny. Judge Hiddle told plaintiff to her face that he knew he was violating her constitutional and civil rights during a fraudulent PO case but did not care. When plaintiff put in a subpoena to get audio, she had another PO put on her.**

**I. INJURIES:**

**If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have had my property seized illegally and not paid just compensation. I finally received a fraction of what my home is worth after over 2 years of trespass and fraudulent claims. I have been wrongfully terminated from jobs for standing for what is right and I have lost rental income on from my property due to the illegitimate vesting of title. I have also endured much emotional distress and threats on my life and my animals lives from my lawless perpetrators of these many crimes.**

**II. RELIEF:**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

**I would like the court to provide a Writ of Assistance and permanent injunction to stop the illegitimate taking of my property by the illegitimate criminal syndicate City and County of Tulsa. I would like for sanctions and indictments for their total void of the rule of law, obstruction of justice and reckless disregard of constitutional rights and treaties. I would like punitive and compensatory damages paid to me by all the usurpers, sedionists, domestic terrorists involved in the many crimes against me my family and tribes that have tried to take everything from us and take everything from them as allowed by law. As a direct descendant of the chief of all chiefs of this nation, Royalty of just about every nation across the pond, writers ad signers of the USA constitution and the Lion Tribe of Judah I want my land back and all the Godless, lawless treasonous tyrants, bigots, misogynists are**

**all disgraces. This whole system needs to be abolished and the natives need to get their territory back to govern over.**

**CERTIFICATION AND CLOSING:**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date of signing: 9/20/21

Signature of Plaintiff: Michele Burke

Printed Name of Plaintiff: Michele D. Burke

2808 S. Cincinnati Ave
Tulsa, OK 74114
(918) 995-9222