IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELE D. BURKE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO. 21-CV-404-CVE-JFJ |
| ) | |
| THE CITY OF TULSA, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

**RULE 7.1 CORPORATE DISCLOSURE OF DEFENDANT ECO, INC.**

Pursuant to FED. R. CIV. P. 7.1(a), the undersigned counsel of record for Defendant ECO, INC. ("ECO"), states that ECO is a privately held corporation, and that no publicly held corporation or entity owns 10% or more of ECO.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN
 & NELSON, P.C.**

*s/ Keith A. Wilkes*
Keith A. Wilkes, OBA #16750
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103-3708
T: 918.584.0400
F: 918.594.0505
kwilkes@hallestill.com

**ATTORNEYS FOR DEFENDANTS
TFT, LLC, DJH, LLC, ECO-2007, LLC,
and ECO, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on 19th day of January, 2022, I electronically transmitted the foregoing document to the Clerk of Court and all parties registered in the ECF System for filing and transmittal of Notice of Electronic Filing and to the following non-registrant:

Michele D. Burke
2808 South Cincinnati Avenue
Tulsa, OK  74114

Plaintiff – *Pro Se*

                *s/ Keith A. Wilkes*
                Keith A. Wilkes